| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO ALL CASES |

## ORDER

**THIS MATTER** comes before the court sua sponte. The Clerk of Court is directed to administratively close all individual cases comprising this multidistrict litigation after consolidation. The Clerk of Court shall also administratively terminate all pending motions in the individual cases without prejudice to the parties' rights to refile the motions as will be set forth in further orders of the Court.

**SO ORDERED.**

Signed: September 12, 2022

Robert J. Conrad, Jr.
United States District Judge